# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
**CLERK**

DATE: March 24, 2021    TIME: (30 min)

12:12 pm, Mar 24, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

CASE NUMBER:    19cv6236

CASE TITLE:    Weinstein -v- Ryder

PLTFFS ATTY:    Robert Bean
            X   present         ___ not present

DEFTS ATTY:    Steven Carlin
            X   present         ___ not present

COURT REPORTER: _____    COURTROOM DEPUTY: Bryan Morabito

OTHER: _____

 X    CASE CALLED.

___    ARGUMENT HEARD / CONT'D TO _____.

___    DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER    Case is dismissed.   Case closed.